[No. 45577-0-I. Division One. June 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLON JOE TRAMBLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-03384-3, John M. Darrah, J., entered November 15, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45667-9-I. Division One. June 11, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PEGGY M. PEIL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00406-4, Charles S. French, J., entered October 15, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 45676-8-I. Division One. June 11, 2001.]

ELLINOR JAMES, *Appellant*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-16677-6, Glenna Hall, J., entered November 5, 1999. *Reversed* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Grosse, J.

[No. 45834-5-I. Division One. June 11, 2001.]

*In the Matter of the Dependency of* L.S.
BELINDA SPRINGER, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-7-01506-5, Suzanne M. Barnett, J., entered December 3, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Kennedy, J.